UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
ACCESS SPECTRUM, LLC and      )
ACCESS 220, LLC,              )
                              )
         Plaintiffs,          )
                              )
v.                            )   Case No. 08-cv-5755
                              )
EDWARD WHARTON, JANET GEISMAR,)   ORDER FOR ADMISSION
CATHRYN SHIVER, BRIAN P. SHIVER,)  PRO HAC VICE
DOUGLAS J. SHIVER, CHRISTOPHER R.)
SHIVER, INDUSTRIAL COMMUNICATIONS)
& ELECTRONICS, INC., AND      )
AERWAV HOLDINGS, INC.,        )
                              )
         Defendants.          )
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 2 4 2008

Upon the motion of Lynn E. Judell, attorney for Access Spectrum, LLC and Access 220, LLC, and the Affidavit of Lynn E. Judell in support of the motion;

IT IS HEREBY ORDERED that:

Dylan G. Trache
Wiley Rein LLP
7925 Jones Branch Drive, Suite 6200
McLean, Virginia 22102
(703) 905-2800
(703) 905-2820 facsimile
dtrache@wileyrein.com

is hereby admitted to practice pro hac vice as counsel for Access Spectrum, LLC and Access 220, LLC in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: JUL 2 4 2008          _____
                             United States District Judge

NYC:179114.2