CROTTY/5

07-25-08  15:24   From-ANDREWS&KURTH L.L.P.         2128502020        T-644  P 02/02  F-075

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

ACCESS SPECTRUM, LLC and ACCESS 220, LLC,

                                                    Plaintiff,

            -against-

EDWARD WHARTON, JANET GEISMAR,
CATHRYN SHIVER, BRIAN P. SHIVER,
DOUGLAS J. SHIVER, CHRISTOPHER R. SHIVER,
INDUSTRIAL COMMUNICATIONS &
ELECTRONICS, INC., AND AERWAV HOLDINGS,
INC.,

                                                    Defendants.

------------------------------------------------------------------- x

| | |
|---|---|
| USDS SDNY | |
| DOCUMENT | |
| ELECTRONICALLY FILED | |
| DOC #: _____ | |
| DATE FILED: JUL 2 9 2008 | |

Case No.: 08 CV 5755 (PAC)

**STIPULATION**

        **IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned, attorneys for

the parties in the above-captioned matter identified below, that the time for the Defendants Cathryn Shiver,

Brian P. Shiver, Douglas J. Shiver, and Christopher R. Shiver to respond to the Plaintiff's Complaint is

extended through and including August 12, 2008.

Dated: New York, New York
       July 24, 2008

BRESSLER, AMERY & ROSS, PC              ANDREWS KURTH, LLP

By: _____            By: _____
David J. Butler (DB 0702)                   Lynn E. Judell (LJ 1210)
Attorneys for Defendants Cathryn Shiver,    Attorneys for Plaintiff
Brian P. Shiver, Douglas J. Shiver, and     450 Lexington Avenue
Christopher R. Shiver                        New York, New York 10017
17 State Street, 34th Floor                  Tel: (212) 850-2800
New York, New York 10004
Tel: (212) 425-9300      JUL 2 9 2008
SO ORDERED:

_____
U.S.D.J.