08-11-08  12:00  From-ANDREWS&KURTH L.L.P.          2128502920         T-701  P.02/02  F-125

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

ACCESS SPECTRUM, LLC and ACCESS 220, LLC,

                         Plaintiffs,

      -against-

EDWARD WHARTON, JANET GEISMAR,
CATHRYN SHIVER, BRIAN P. SHIVER,
DOUGLAS J. SHIVER, CHRISTOPHER R. SHIVER,
INDUSTRIAL COMMUNICATIONS &
ELECTRONICS, INC., AND AERWAV HOLDINGS,
INC.,

                         Defendants.

-------------------------------------------------------------- x

Case No.: 08 CV 5755 (PAC)

**STIPULATION**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 18 2008

    **IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned, attorneys for the parties in the above-captioned matter identified below, that the time for the Defendants Cathryn Shiver, Brian P. Shiver, Douglas J. Shiver, and Christopher R. Shiver to respond to the Plaintiffs' Complaint is extended through and including September 8, 2008.

Dated: New York, New York
       August 11, 2008

BRESSLER, AMERY & ROSS, PC

By: _____
David J. Butler (DB-6702)
Attorneys for Defendants Cathryn Shiver,
Brian P. Shiver, Douglas J. Shiver, and
Christopher R. Shiver
17 State Street, 34th Floor
New York, New York 10004
Tel: (212) 425-9300

ANDREWS KURTH, LLP

By: _____
Lynn E. Judell (LJ-1210)
Attorneys for Plaintiffs
450 Lexington Avenue
New York, New York 10017
Tel: (212) 850-2800

SO ORDERED: AUG 18 2008

_____
U.S.D.J.