UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
ACCESS SPECTRUM, LLC and                          :
ACCESS 220, LLC,                                  :
                                                  :
                     Plaintiffs,                  :        **08-CV-5755**
                                                  :
                v.                                :        **NOTICE OF**
                                                  :        **APPEARANCE**
EDWARD WHARTON, JANET GEISMAR,                    :
CATHRYN SHIVER, BRIAN P. SHIVER,                  :
DOUGLAS J. SHIVER, CHRISTOPHER R.                 :
SHIVER, INDUSTRIAL COMMUNICATIONS                 :
& ELECTRONICS, INC. and AERWAVE                   :
HOLDINGS, INC.,                                   :
                                                  :
                                                  :
                                                  :
                     Defendants.                  :
-------------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel for Defendant INDUSTRIAL

COMMUNICATIONS & ELECTRONICS, INC.  I certify that I am admitted to practice

before this Honorable Court.

Dated: North Bergen, New Jersey
       August 27, 2008

                                        CLARK, ATCHESON & REISERT
                                        Attorneys for Defendant Industrial
                                        Communications & Electronics, Inc.

                              By:       _____
                                        Richard J. Reisert (RR-7118)
                                        7800 River Road
                                        North Bergen, NJ  07047
                                        Tel: (201) 537-1200
                                        Fax: (201) 537-1201
                                        Email:  reisert@navlaw.com